[No. 65952-9-I. Division One. November 19, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. EFRAIN MUNGUIA BARRAZA, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-1-00683-4, Steven J. Mura, J., entered August 25, 2010. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Spearman, A.C.J., and Verellen, J.

[No. 66543-0-I. Division One. November 19, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMI SHAWNELL HOWE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-01801-9, Thomas J. Wynne, J., entered January 12, 2011. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Spearman, J., concurred in by Leach, C.J., and Dwyer, J.

[No. 66814-5-I. Division One. November 19, 2012.]

*In the Matter of the Marriage of* SANDRA BURLINGAME ESTEP, *Respondent,* and JAMES R. ESTEP IV, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-3-02710-0, J. Wesley Saint Clair, J., entered March 10, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Cox and Verellen, JJ.

[No. 66827-7-I. Division One. November 19, 2012.]

MURNA HUBER, *Respondent,* v. EAST EVERETT INVESTMENTS, LLC, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-2-06483-2, David A. Kurtz, J., entered February 8, 2011. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Cox and Dwyer, JJ.